IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:10CR127 |
| | § | |
| CHRISTOPHER MICHAEL (02) | § | |

**ORDER FOR APPLICATION OF PROCEEDS OF
ABANDONED PROPERTY TO RESTITUTION**

CAME ON this day to be heard, the United States' Motion to Apply Proceeds of Abandoned Property to Restitution, and the Court having considered same, it is hereby ORDERED that said Motion is hereby GRANTED.

It is therefore ORDERED that any money seized as evidence during the search of the residence of the Defendant, Christopher Michael, and the sales proceeds of the specifically identified abandoned personal property, shall be paid to the United States District Clerk, Fine and Restitution Section, to be applied toward the payment of restitution imposed upon the Defendant.

It is, therefore, ORDERED that the City of Tyler, Texas Police Department turn over the $2,300.00 of United States currency abandoned by Defendant Christopher Michael currently in its custody to the United States Marshal.

It is FURTHER ORDERED that the United States Marshal deliver the $2,300.00 to the United States District Clerk for the Eastern District of Texas, Tyler Division, for payment towards Defendant's criminal restitution debt.

IT IS FURTHER ORDERED that the District Clerk apply the $2,300.00 to the restitution adjudged against Defendant in this case.

IT IS FURTHER ORDERED that the City of Tyler, Texas Police Department turn over the following abandoned property to the United States Marshal Service:

- HP Pavilion bundle, serial number MXU0160G4T;
- Wii game system, serial number LU81381946;
- AT&T Blackberry phone, serial number 2280B9E6;
- Laptop computer, serial number 94RKDL1; and
- Kodak Easy Share C-190 camera, serial number KCTLH00521851.

IT IS FURTHER ORDERED THAT the United States Marshal shall take the necessary steps to sell these items of property for the highest possible value in accordance with its usual sales procedures.

IT IS FURTHER ORDERED that the proceeds from the sale of the personal property, less any expenses associated with the United States Marshal's sale, are to be delivered to the United States District Clerk for the Eastern District of Texas, Tyler Division, for payment towards Defendant's criminal restitution debt.

IT IS FURTHER ORDERED that the District Clerk apply the delivered sales proceeds towards the restitution adjudged against Defendant in this case.

So ORDERED and SIGNED this 15th day of August, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**